# UNITED STATES DISTRICT COURT

The Charles L. Brieant, Jr
Federal Building and United States Courthouse
300 Quarropas Street.
White Plains, New York 10601
914 390 4250

Chambers of
**Hon. Paul E. Davison**
United States Magistrate Judge

April 28, 2022

| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br><br>*IN RE:* CIVIL CONFERENCES BEFORE<br>U.S.M.J. PAUL E. DAVISON | **ORDER**<br><br>7:22-cv-00729-NSR-PED |

Beginning March 30, 2020, **until further notice**, all parties to civil conferences before Judge Davison shall attend by phone, using the following information:

Toll-Free Number: (877) 336-1839

Access Code: 5999739

The parties should call in from a landline and announce their names before speaking.

For Settlement Conferences: Clients should NOT be on the conference call. Counsel must have ready telephonic access to clients.

SO ORDERED:

Hon. Paul E. Davison
United States Magistrate Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC # _____
DATE FILED: **Apr 28, 2022**

DOC # _____ Apr 28, 2022

4/28/22